```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
JACQUELINE CARTHEN,                 :
                                    :    NOT FOR PUBLICATION
            Plaintiff,              :
                                    :    ORDER
    -against-                       :
                                    :    02-CV-6777(CBA)(RLM)
RISHI M. PIMENTEL, et al.,          :
                                    :
            Defendants.             :
------------------------------------x
```
AMON, UNITED STATES DISTRICT JUDGE:

The Court has received the Report and Recommendation ("R&R") of the Honorable Roanne L. Mann, United States Magistrate Judge, issued May 23, 2005. The Magistrate Judge recommended that plaintiff's case should be dismissed with prejudice for lack of prosecution, Fed R. Civ. P. 41(b), and for failure to comply with judicial discovery orders, Fed. R. Civ. P. 37(b)(2). Plaintiffs were given until June 2, 2005 to file any objections to the R&R. To date, no objections have been filed. Accordingly, this Court hereby adopts the R&R as the opinion of the Court.

SO ORDERED.

Dated:   Brooklyn, New York
         June 28, 2005

                                    Carol Bagley Amon
                                    United States District Judge