UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JACQUELINE CARTHEN,　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　02-CV- 6777 (CBA)
　　　　　　　　Plaintiff,

　　-against-

RISHI M. PIMENTEL, et al.,

　　　　　　　　Defendants.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 29 2005 ★
P.M. _____
TIME A.M. _____

　　　　An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on June 28, 2005, adopting the Report and Recommendation of Magistrate Judge Roanne L. Mann, dated May 23, 2005; and dismissing the case with prejudice for lack of prosecution, pursuant to Fed. R. Civ. P. 41(b), and for failure to comply with judicial discovery orders, pursuant to Fed. R. Civ. P. 37(b)(2); it is

　　　　ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that Report and Recommendation of Magistrate Judge Roanne L. Mann is adopted; that the case is dismissed with prejudice for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 41(b), and for failure to comply with judicial discover orders, pursuant to Fed. R. Civ. P. 37(b)(2).


Dated: Brooklyn, New York
　　　　June 28, 2005
　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court